IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SAPOLECK FALL DIOP,**

    Petitioner,

v.                                             Case No. 4:14cv422-MW/CAS

**ERIC H. HOLDER, JR., et al.,**

    Respondents.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

The Court has considered, without hearing the Magistrate's Report and Recommendation. ECF No.11. Upon consideration, no objection having been filed by Petitioner,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 10, is **GRANTED**. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED as moot**. ECF No. 4 is **DENIED as moot**." The Clerk shall close

1

the file.

    **SO ORDERED on December 2, 2014.**

                                <u>**s/Mark E. Walker**</u>
                                **United States District Judge**